Fill in this information to identify the case:

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF LOUISIANA**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | RAP Operating, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

4 7 – 4 4 6 5 8 7 9

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **298 Kirby Lane**<br>Number    Street | _____<br>Number    Street |
| | P.O. Box |
| **Jena**     **LA**   **71342**<br>City    State    ZIP Code | _____<br>City    State    ZIP Code |
| **LaSalle Parish**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

**7.  Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number      Street

_____

_____

City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/02/2023**
MM / DD / YYYY

X **/s/ James E. Robbins**
Signature of authorized representative of debtor

**James E. Robbins**
Printed name

**Managing Member**
Title

18. **Signature of attorney**

X **/s/ Thomas R. Willson** _____ Date **06/02/2023**
Signature of attorney for debtor _____ MM / DD / YYYY

**Thomas R. Willson**
Printed name

**Thomas R. Willson**
Firm name

**1330 Jackson Street, Suite C**
Number    Street

_____

**Alexandria** _____ **LA** _____ **71301**
City _____ State _____ ZIP Code

**(318) 442-8658** _____ **rocky@rockywillsonlaw.com**
Contact phone _____ Email address

**13546** _____ **LA**
Bar number _____ State

**Fill in this information to identify the case**

Debtor name    **RAP Operating, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**             **Current value of
    debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account at Homeland Bank** | **Checking account** | __ __ __ __ | **$5,200.00** |
| 3.2. | **Checking account at Community Bank & Trust** | **Checking account** | __ __ __ __ | **$100.00** |

4. **Other cash equivalents** *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.               **$5,300.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of
debtor's interest

| 11a. 90 days old or less: | **$50,000.00** | – | **$0.00** | = .............. → | **$50,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = .............. → | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$50,000.00

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                 % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　　☐ No
　　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2023 Chevrolet Truck [Flatbed]** | | | $43,000.00 |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$43,000.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

| Master Service Agreement with Exxon Mobil | Unknown | | Unknown |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.   **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                            **Current value of**
                                                                            **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Operator and owner of 69% interest**
    **in Goolsbee Well #42-321-32182**
    **located in Matagorda County, Texas** _____    Unknown

    **Operator and owner of 69% intyerest in**
    **Goolsbee #2 Well #42-321-32233**
    **located in Matagorda County, Texas** _____    Unknown

    **Operator aqnd owner of 69% interest in**
    **Milberger #1 Well #42-321-32020**
    **located in Matagorda County, Texas** _____    Unknown

    **Operatror and owner of 69% interest in**
    **Milberger #2 Well #42-321-32058**
    **located in Matagorda County, Texas** _____    Unknown

    **Operator and owner of 69% interest in**
    **Milberger #3 Well #42-321-32128**
    **located in Matagorda County, Texas** _____    Unknown

    **Operator and owner of 69% interest in**
    **Talafuse #3 Well #42-321-=32218**
    **located in Matagorda, Texas** _____    Unknown

    **Operator and owner of 69% interest in**
    **Talafuse #4 Well #42-321-32241**
    **located in Matagorda County, Texas** _____    Unknown

    **Operator and owner of 69% interest in**
    **Kasman #1 Well # 42-321-32087**
    **located in Matagorda County, Texas** _____    Unknown

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$5,300.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$50,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$43,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..............................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$98,300.00** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................... **$98,300.00**

**Fill in this information to identify the case:**

Debtor name      **RAP Operating, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑  Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more
    than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** | **Creditor's name** **GM Financial** | **Describe debtor's property that is subject to a lien** | $69,537.32 | $0.00 |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
4001 Embarcadero Dr.

Arlington, TX

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account
number**      ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑  No

☐  Yes.  Specify each creditor, including this
        creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**2013 Chevrolet Truck**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑  No

☐  Yes

**Is anyone else liable on this claim?**

☑  No

☐  Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑  Contingent

☑  Unliquidated

☑  Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                                    $787,626.42

| Part 1: | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**  **Creditor's name**
**Homeland Federal Savings**

**Creditor's mailing address**
**P.O. Box 250**

_____

_____

**Columbia**            **LA    71418-0250**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account**
**number**            **1   6   8   6**

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is
　　specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

oil wells

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Column A:** $351,582.02          **Column B:** $0.00

---

**2.3**  **Creditor's name**
**Homeland Federal Savings**

**Creditor's mailing address**
**P.O. Box 250**

_____

**Columbia**            **LA    71418-0250**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account**
**number**            **2   3   3   1**

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is
　　specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

oil wells

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Column A:** $366,507.08          **Column B:** $0.00

23-80316 - #1  File 06/02/23  Enter 06/02/23 11:52:41  Main Document   Pg 14 of 47

Fill in this information to identify the case:

Debtor **RAP Operating, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. **Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account
number**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)(_____)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

*Check all that apply.*

__Arthur J. Milberger_____

__P.O. Box 350_____

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

__Bay City_____   TX   __77404-0350____   royalty payment

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,360.00** |

*Check all that apply.*

__Bay City Vaccum Services_____

__522 Co. Rd. 166_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Bay City_____   TX   __77414_____   **Open Account**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,200.00** |

*Check all that apply.*

__Border Swabbing, Inc._____

__5903 US Hwy 59 North_____

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

__Victoria_____   TX   __77905_____   **Open Account**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,858.50** |

*Check all that apply.*

__Brigade Energy Services_____

__c/o Mario A. Lamar_____

__Allen Bryson, LLC_____

__4131 N. Central Expressway, Suite 900_____

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

__Dallas_____   TX   __75204_____   **Open Account**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

23-80316 - #1  File 06/02/23  Enter 06/02/23 11:52:41  Main Document   Pg 16 of 47

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.48 |
|---|---|---|---|

**Coastal Flow Gas Measurement**

**P.O. Box 58965**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Houston      TX    77258-8965    **Open Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.59 |
|---|---|---|---|

**Cross Roads Oil Field Supply Ltd**

**P.O. Box 1546**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

El Campo      TX    77437-1546    **Open Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 |
|---|---|---|---|

**DeVilbiss Contracting, Inc.**

**P.O. Box 733**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Carizzo Springs      TX    78834    **Open Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.29 |
|---|---|---|---|

**Dru-Chem, Inc.**

**P.O. Box 1088**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

El Campo      TX    77437    **Open Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

23-80316 - #1  File 06/02/23  Enter 06/02/23 11:52:41  Main Document  Pg 17 of 47

Debtor     **RAP Operating, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | | $1,420.99 |
|---|---|---|---|

El Campo Spraying, Inc.

2601 N. Mechanic St.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| El Campo | TX | 77437 |
|---|---|---|

**Basis for the claim:**
Open Account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $3,347.78 |
|---|---|---|---|

Energy Fishing & Rentals Service, Inc,

P.O. Box 6406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Corpus Christi | TX | 78466 |
|---|---|---|

**Basis for the claim:**
Open Account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $15,030.60 |
|---|---|---|---|

Energy Gas Compression, Inc.

P.O. Box 928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| Corpus Christi | TX | 78403 |
|---|---|---|

**Basis for the claim:**
Open Account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | $810.50 |
|---|---|---|---|

Ermis High Pressure Testing, LLC

P.O. Box 1543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| El Campo | TX | 77437 |
|---|---|---|

**Basis for the claim:**
Open Account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**  **Nonpriority creditor's name and mailing address**

**Homeland Federal Savings**

**P.O. Box 250**

_____

**Columbia**              **LA**      **71418-0250**

Date or dates debt was incurred     _____

Last 4 digits of account number      **8   6   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Signature loan**
_____

Is the claim subject to offset?

☑ No
☐ Yes

$714,133.47

---

**3.14**  **Nonpriority creditor's name and mailing address**

**K-C Lease Service, Inc.**

**P.O. Box 428**

_____

**Louise**                **TX**      **77455**

Date or dates debt was incurred     _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Open Account**
_____

Is the claim subject to offset?

☑ No
☐ Yes

$3,428.47

---

**3.15**  **Nonpriority creditor's name and mailing address**

**Mario A. Lamar**

**Allen Bryson LLC**

**4131 N. Central Expressway, Suite 900**

**Dallas**                **TX**      **75204**

Date or dates debt was incurred     _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Open Account**
_____

Is the claim subject to offset?

☑ No
☐ Yes

Unknown

---

**3.16**  **Nonpriority creditor's name and mailing address**

**Marty Sulak**

**BEC Oilfield**

**924 CR 256**

_____

**Ganado**                **TX**      **77962**

Date or dates debt was incurred     _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Open Account**
_____

Is the claim subject to offset?

☑ No
☐ Yes

$1,951.53

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Matagorda County Tax Assessor**

**1700 Seventh St., Rm 203**

**Bay City**                TX        **77414-5091**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,760.59

---

| 3.18 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Matagorda Oilfield Specialty, Inc.**

**3586 FM 2668**

**Bay City**                TX        **77414**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Open Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,028.91

---

| 3.19 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**McMahan Services, Ltd.**

**269 US Hwy 183 S**

**Cuero**                TX        **77954**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Open Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,270.64

---

| 3.20 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Oil States Energy Services, LLC**

**1131 East FM 517**

**Alvin**                TX        **77511**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Open Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,394.16

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,949.76** |

**Ryan, LLC**

**P.O. Box 848351**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Dallas**      **TX**    **75284-8351**

Basis for the claim:
**Open Account**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Texas Railroad Commission**

**Oil & Gas Division**

**P.O. Box 12967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**      **TX**    **78711-2967**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Notice Only**

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,217.14** |

**Varichem International, Inc.**

**P.O. Box 528**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Van Vleck**      **TX**    **77482**

Basis for the claim:
**Open Account**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,235.45** |

**Viper Slickline Services, LLC**

**402 Dam Rd.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**El Campo**      **TX**    **77437**

Basis for the claim:
**Open Account**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

4.1  **Brigade Energy Services**

**7430 E. Caley Ave., #220**

**Centennial            CO      80111**

Line _____

☑ Not listed.  Explain:
**Open Account**

___ ___ ___ ___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.  **Total claims from Part 1**                          5a.                    **$0.00**

5b.  **Total claims from Part 2**                          5b. **+**          **$821,682.85**

5c.  **Total of Parts 1 and 2**                            5c.                **$821,682.85**
     Lines 5a + 5b = 5c.

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | co-owner of oil wells<br>Contract to be REJECTED | **BFW Company** |
| | | | **6010 Conerly Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas** TX 75205 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | co-owner of oil wells<br>Contract to be REJECTED | **Gopher Investments, LP** |
| | | | **6000 Stones THrow** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** TX 77057 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | lease of equipment used in operations<br>[oil filtration equipment] - tanks, beehives, well heads, etc.<br>Contract to be ASSUMED | **James Robbins** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | co-owner of oil wells<br>Contract to be REJECTED | **South Bay Resources, LLC** |
| | | | **PO Box 924373** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** TX 77292 |

Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | page 1

Debtor  **RAP Operating, LLC**                                    Case number (if known) _____

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **master service agreement**<br>**Contract to be ASSUMED** |

**XTO Energy, Inc.**

**22777 Springwoods Village Pkwy**

State the term remaining _____

List the contract number of any government contract _____

**Spring**                          **TX**        **77389**

**Fill in this information to identify the case:**

Debtor name  **RAP Operating, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **RAP Operating, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    **1a.** **Real property:**
    Copy line 88 from Schedule A/B................................................................... **$0.00**

    **1b.** **Total personal property:**
    Copy line 91A from Schedule A/B................................................................... **$98,300.00**

    **1c.** **Total of all property:**
    Copy line 92 from Schedule A/B................................................................... **$98,300.00**

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$787,626.42**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a.** **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... **$0.00**

    **3b.** **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. **+ $821,682.85**

**4.** **Total liabilities**
    Lines 2 + 3a + 3b................................................................................. **$1,609,309.27**

**Fill in this information to identify the case and this filing:**

Debtor Name __RAP Operating, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF LOUISIANA__

Case number
(if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/02/2023__          X __/s/ James E. Robbins__
       MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                __James E. Robbins__
                                Printed name
                                __Managing Member__
                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name        **RAP Operating, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:        Income

**1.        Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** to MM / DD / YYYY | Filing date | | ☑ Operating a business ☐ Other _____ | _____ |
| For prior year: | From **01/01/2022** to MM / DD / YYYY | **12/31/2022** MM / DD / YYYY | | ☑ Operating a business ☐ Other _____ | **$681,066.00** |
| For the year before that: | From **01/01/2021** to MM / DD / YYYY | **12/31/2021** MM / DD / YYYY | | ☑ Operating a business ☐ Other _____ | **$700,000.00** |

**2.        Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:        List Certain Transfers Made Before Filing for Bankruptcy

**3.        Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be
adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **James E. Robbins** | 5/25/23 | __$22,000.00__ | **rent for leased equipment and salary** |
| | Insider's name | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |

**Relationship to debtor**
**Managing Member**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    __RAP Operating, LLC_____    Case number (if known) _____
          Name

## Part 4:    Certain Gifts and Charitable Contributions

9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
      aggregate value of the gifts to that recipient is less than $1,000

      ☑ None

## Part 5:    Certain Losses

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

      ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| oil wells ceased oeprations [shut-in] April 30, 2023 | | | |

## Part 6:    Certain Payments or Transfers

11.   **Payments related to bankruptcy**
      List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
      before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
      restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

      ☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thomas R. Willson** | | | **$10,000.00** |

      **Address**

      __1330 Jacksons Street - Suite C__
      Street

      _____

      __Alexandria_____ __LA__ __71303__
      City              State   ZIP Code

      **Email or website address**

      _____

      **Who made the payment, if not debtor?**

      _____

12.   **Self-settled trusts of which the debtor is a beneficiary**
      List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
      of this case to a self-settled trust or similar device.
      Do not include transfers already listed on this statement.

      ☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No

☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **John R Vercher, CPA**<br>Name<br>**1737 N Second Street**<br>Street | From _____   To _____ |
| **Jena**            **LA**       **71342**<br>City                State      ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| James E. Robbins | 1201 East Oak Street Jena, LA 71342 | Managing Member | |
| Alisa Robbins | 1201 East Oak Street Jena, LA 71342 | Member | |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

Debtor    **RAP Operating, LLC**                                    Case number (if known) _____
          _____
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/02/2023**
            _____
            MM / DD / YYYY

X  **/s/ James E. Robbins**                                         Printed name  **James E. Robbins**
   _____                                     _____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Managing Member**
                                       _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

| Fill in this information to identify the case: |
| --- |
| Debtor name  **RAP Operating, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known) _____ |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Homeland Federal Savings P.O. Box 250 Columbia, LA 71418-0250 | | Signature loan | Contingent Unliquidated Disputed | | | $714,133.47 |
| 2 | Homeland Federal Savings P.O. Box 250 Columbia, LA 71418-0250 | | Mortgage | Contingent Unliquidated Disputed | $366,507.08 | $0.00 | $366,507.08 |
| 3 | Homeland Federal Savings P.O. Box 250 Columbia, LA 71418-0250 | | Mortgage | Contingent Unliquidated Disputed | $351,582.02 | $0.00 | $351,582.02 |
| 4 | GM Financial 4001 Embarcadero Dr. Arlington, TX | | Mortgage | Contingent Unliquidated Disputed | $69,537.32 | $0.00 | $69,537.32 |
| 5 | Brigade Energy Services c/o Mario A. Lamar Allen Bryson, LLC 4131 N. Central Expressway, Suite 900 Dallas, TX 75204 | | Open Account | Disputed | | | $32,858.50 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Energy Gas Compression, Inc. P.O. Box 928 Corpus Christi, TX 78403 | | Open Account | Disputed | | | $15,030.60 |
| 7   Bay City Vaccum Services 522 Co. Rd. 166 Bay City, TX 77414 | | Open Account | | | | $9,360.00 |
| 8   Border Swabbing, Inc. 5903 US Hwy 59 North Victoria, TX 77905 | | Open Account | Disputed | | | $7,200.00 |
| 9   McMahan Services, Ltd. 269 US Hwy 183 S Cuero, TX 77954 | | Open Account | Contingent Unliquidated Disputed | | | $6,270.64 |
| 10   Varichem International, Inc. P.O. Box 528 Van Vleck, TX 77482 | | Open Account | Contingent Unliquidated Disputed | | | $5,217.14 |
| 11   DeVilbiss Contracting, Inc.  P.O. Box 733 Carizzo Springs, TX 78834 | | Open Account | Disputed | | | $4,800.00 |
| 12   Matagorda County Tax Assessor 1700 Seventh St., Rm 203 Bay City, TX 77414-5091 | | Taxes | Contingent Unliquidated Disputed | | | $4,760.59 |
| 13   K-C Lease Service, Inc. P.O. Box 428 Louise, TX 77455 | | Open Account | Contingent Unliquidated Disputed | | | $3,428.47 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Energy Fishing & Rentals Service, Inc, P.O. Box 6406 Corpus Christi, TX 78466 | | Open Account | Disputed | | | $3,347.78 |
| 15 Matagorda Oilfield Specialty, Inc. 3586 FM 2668 Bay City, TX 77414 | | Open Account | Contingent Unliquidated Disputed | | | $3,028.91 |
| 16 Viper Slickline Services, LLC 402 Dam Rd. El Campo, TX 77437 | | Open Account | Contingent Unliquidated Disputed | | | $2,235.45 |
| 17 Marty Sulak BEC Oilfield 924 CR 256 Ganado, TX 77962 | | Open Account | Contingent Unliquidated Disputed | | | $1,951.53 |
| 18 Ryan, LLC P.O. Box 848351 Dallas, TX 75284-8351 | | Open Account | Contingent Unliquidated Disputed | | | $1,949.76 |
| 19 El Campo Spraying, Inc. 2601 N. Mechanic St. El Campo, TX 77437 | | Open Account | Disputed | | | $1,420.99 |
| 20 Oil States Energy Services, LLC 1131 East FM 517 Alvin, TX 77511 | | Open Account | Contingent Unliquidated Disputed | | | $1,394.16 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:   **RAP Operating, LLC**                                      CASE NO

                                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/2/2023 _____        Signature   **/s/ James E. Robbins** _____
                                                                                    *James E. Robbins*
                                                                                    *Managing Member*

Date _____                        Signature   _____

Arthur J. Milberger
P.O. Box 350
Bay City, TX 77404-0350


Bay City Vaccum Services
522 Co. Rd. 166
Bay City, TX 77414


BFW Company
6010 Conerly Drive
Dallas, TX 75205


Border Swabbing, Inc.
5903 US Hwy 59 North
Victoria, TX 77905


Brigade Energy Services
7430 E. Caley Ave., #220
Centennial, CO 80111


Brigade Energy Services
c/o Mario A. Lamar
Allen Bryson, LLC
4131 N. Central Expressway, Suite 900
Dallas, TX  75204

Coastal Flow Gas Measurement
P.O. Box 58965
Houston, TX 77258-8965


Cross Roads Oil Field Supply Ltd
P.O. Box 1546
El Campo, TX 77437-1546


DeVilbiss Contracting, Inc.
 P.O. Box 733
Carizzo Springs, TX 78834

Dru-Chem, Inc.
P.O. Box 1088
El Campo, TX 77437


El Campo Spraying, Inc.
2601 N. Mechanic St.
El Campo, TX 77437


Energy Fishing & Rentals Service, Inc,
P.O. Box 6406
Corpus Christi, TX 78466


Energy Gas Compression, Inc.
P.O. Box 928
Corpus Christi, TX 78403


Ermis High Pressure Testing, LLC
P.O. Box 1543
El Campo, TX 77437


GM Financial
4001 Embarcadero Dr.
Arlington, TX


Gopher Investments, LP
6000 Stones THrow
Houston, TX 77057


Homeland Federal Savings
P.O. Box 250
Columbia, LA 71418-0250


James Robbins

K-C Lease Service, Inc.
P.O. Box 428
Louise, TX 77455


Mario A. Lamar
Allen Bryson LLC
4131 N. Central Expressway, Suite 900
Dallas, TX 75204


Marty Sulak
BEC Oilfield
924 CR 256
Ganado, TX 77962


Matagorda County Tax Assessor
1700 Seventh St., Rm 203
Bay City, TX 77414-5091


Matagorda Oilfield Specialty, Inc.
3586 FM 2668
Bay City, TX 77414


McMahan Services, Ltd.
269 US Hwy 183 S
Cuero, TX 77954


Oil States Energy Services, LLC
1131 East FM 517
Alvin, TX 77511


Ryan, LLC
P.O. Box 848351
Dallas, TX 75284-8351


South Bay Resources, LLC
PO Box 924373
Houston, TX 77292

Texas Railroad Commission
OIl & Gas Division
P.O. Box 12967
Austin, TX 78711-2967


Varichem International, Inc.
P.O. Box 528
Van Vleck, TX 77482


Viper Slickline Services, LLC
402 Dam Rd.
El Campo, TX 77437


XTO Energy, Inc.
22777 Springwoods Village Pkwy
Spring, TX 77389

Arthur J. Milberger
P.O. Box 350
Bay City, TX 77404-0350

El Campo Spraying, Inc.
2601 N. Mechanic St.
El Campo, TX 77437

Marty Sulak
BEC Oilfield
924 CR 256
Ganado, TX 77962

Bay City Vaccum Services
522 Co. Rd. 166
Bay City, TX 77414

Energy Fishing & Rentals Servic
P.O. Box 6406
Corpus Christi, TX 78466

Matagorda County Tax Assessor
1700 Seventh St., Rm 203
Bay City, TX 77414-5091

BFW Company
6010 Conerly Drive
Dallas, TX 75205

Energy Gas Compression, Inc.
P.O. Box 928
Corpus Christi, TX 78403

Matagorda Oilfield Specialty, I
3586 FM 2668
Bay City, TX 77414

Border Swabbing, Inc.
5903 US Hwy 59 North
Victoria, TX 77905

Ermis High Pressure Testing, LL
P.O. Box 1543
El Campo, TX 77437

McMahan Services, Ltd.
269 US Hwy 183 S
Cuero, TX 77954

Brigade Energy Services
7430 E. Caley Ave., #220
Centennial, CO 80111

GM Financial
4001 Embarcadero Dr.
Arlington, TX

Oil States Energy Services, LLC
1131 East FM 517
Alvin, TX 77511

Brigade Energy Services
c/o Mario A. Lamar
Allen Bryson, LLC
4131 N. Central Expressway, Sui
Dallas, TX 75204

Gopher Investments, LP
6000 Stones THrow
Houston, TX 77057

Ryan, LLC
P.O. Box 848351
Dallas, TX 75284-8351

Coastal Flow Gas Measurement
P.O. Box 58965
Houston, TX 77258-8965

Homeland Federal Savings
P.O. Box 250
Columbia, LA 71418-0250

South Bay Resources, LLC
PO Box 924373
Houston, TX 77292

Cross Roads Oil Field Supply Lt
P.O. Box 1546
El Campo, TX 77437-1546

James Robbins

Texas Railroad Commission
OIl & Gas Division
P.O. Box 12967
Austin, TX 78711-2967

DeVilbiss Contracting, Inc.
 P.O. Box 733
Carizzo Springs, TX 78834

K-C Lease Service, Inc.
P.O. Box 428
Louise, TX 77455

Varichem International, Inc.
P.O. Box 528
Van Vleck, TX 77482

Dru-Chem, Inc.
P.O. Box 1088
El Campo, TX 77437

Mario A. Lamar
Allen Bryson LLC
4131 N. Central Expressway, Sui
Dallas, TX 75204

Viper Slickline Services, LLC
402 Dam Rd.
El Campo, TX 77437

XTO Energy, Inc.
22777 Springwoods Village Pkwy
Spring, TX 77389

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:                                                                                CHAPTER   **11**

**RAP Operating, LLC**


DEBTOR(S)                                                                CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Alisa Robbins<br>298 Kirby Lane<br>Jena, LA 71342 | | | 1/2 owner |
| James E. Robbins<br>298 Kirby Lane<br>Jena, LA 71342 | | | 1/2 owner |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Managing Member**_____ of the _____**Partnership**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __**6/2/2023**_____          Signature: __**/s/ James E. Robbins**_____
                                                                              *James E. Robbins*
                                                                              **Managing Member**